PETER AUDRAIN, clk. S. C. T. M.

## Precipe

*William Gray*

*vs*

*Augustus B. Woodward*

filed 31. august 1811.

TERRITORY OF MICHIGAN TO WIT,

*William Gray*

*v.*

*Augustus B. Woodward*

In Trespass on the case
Damages        Dolls 1000-

Endorse "This action is instituted to recover damages (to the amount of Fifty Bank Notes of the Bank of Detroit of ten Dollars each with interest, signed by the said Augustus B. Woodward, as President of the said Bank) which damages the Plaintiff hath sustained, by reason of the said A. B. Woodward signing the said Notes, as President of the said Bank and authorizing the issuing of the same, without funds for their redemption."

HICKMAN   P. Q.

P Audrain Esq<sup>r</sup>
    Clk of S. Court
    Please issue a capias as above returnable to next Supreme Court term—

Yrs

August 31, 1811—                              HARRIS H. HICKMAN

[In the handwriting of Harris H. Hickman]